AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:23-mj-00303 |
| Amanda Jean Mongelli | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 11/08/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Amanda Jean Mongelli,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 11/08/2023

Digitally signed by G. Michael Harvey
Date: 2023.11.08 11:30:03 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/8/23, and the person was arrested on *(date)* 11-9-23
at *(city and state)* Tampa, FL

Date: 11-9-23

*Arresting officer's signature*

*Printed name and title*